UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. EVERETT,

    Plaintiff,

v.

C.D.C.R., et al.,

    Defendants.

Case No. 18-cv-03617-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. On the same day the action was filed, the Clerk of the Court sent a notice directing Plaintiff to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application form. Dkt. 2. The Clerk also sent another notice informing Plaintiff that this action has been assigned to the undersigned Magistrate Judge.[1] Dkt. 3.

The acts complained of occurred at California State Prison - Sacramento, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[2] The Clerk shall transfer the case forthwith.

---

[1] To date, Plaintiff has not yet returned the form indicating whether he consents to or declines magistrate judge jurisdiction in this action.

[2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

1    If Plaintiff wishes to further pursue this action, he must complete the IFP application form
2  required by the United States District Court for the Eastern District of California and mail it to that
3  district.
4    All pending motions are TERMINATED on this court's docket as no longer pending in
5  this district.
6    IT IS SO ORDERED.
7  Dated:   July 18, 2018

DONNA M. RYU
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. EVERETT,<br><br>    Plaintiff,<br><br>  v.<br><br>C.D.C.R.,<br><br>    Defendant. | Case No.  4:18-cv-03617-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard C. Everett ID: AF5392
P.O. Box 290066
Represa, CA 95671

Dated: July 18, 2018

                                           Susan Y. Soong
                                           Clerk, United States District Court

                                           By:_____
                                           Ivy Lerma Garcia, Deputy Clerk to the
                                           Honorable DONNA M. RYU