UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RICHARD C. EVERETT, | No. 2:18-cv-2021 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CDCR, | |
| Defendant. | |

By order filed February 7, 2019, plaintiff was directed to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 9. The thirty-day period has now expired, and plaintiff has not submitted an application, paid the fee, or otherwise responded to the court's order. Plaintiff will be given one more opportunity to comply with the February 7, 2019 order and failure to do so will result in a recommendation that this action be dismissed without further warning.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis or pay the

////

////

////

1

required fees in the amount of $400.00. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 27, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE