UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. EVERETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.D.C.R,<br><br>　　　　　Defendant. | No. 2:18-cv-2021 TLN AC P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed February 7, 2019, plaintiff was directed to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 9. After the deadline passed without any response from plaintiff, he was given an additional twenty-one days to comply with the order. ECF No. 10. When plaintiff once again failed to respond to the order, the undersigned issued findings and recommendations that recommended dismissing the action without prejudice and giving plaintiff fourteen days to object. ECF No. 12. In response to the findings and recommendations, plaintiff filed a letter in which he stated that he had sent in the application and accused the court of trying to deprive him of his ability to pursue his case. ECF No. 13. In response to the letter, the findings and recommendations were vacated, and plaintiff was given a final opportunity to submit an application to proceed in forma pauperis. ECF No. 14. That time

////

has now passed, and plaintiff has not filed the required application or otherwise responded to the order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 17, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE